# IRELAND, CARROLL & KELLEY, P.C.

### ATTORNEYS AT LAW

6101 SOUTH BROADWAY, SUITE 500
SOUTH BROADWAY AT GRANDE BLVD
TYLER, TEXAS 75703
(903) 561-1600

*Mailing Address:*
POST OFFICE BOX 7879
TYLER, TEXAS 75711
FAX (903) 581-1071

OTIS CARROLL
PATRICK KELLEY
DEBORAH RACE
COLLIN M. MALONEY
WESLEY HILL
MANDY CARROLL

DONALD CARROLL (1929-1992)
H. KELLY IRELAND (Retired)

*Board Certified - Business Bankruptcy Law
Texas Board of Legal Specialization

**Board Certified - Civil Appellate Law
Texas Board of Legal Specialization

RECEIVED - CLERK
U.S. DISTRICT COURT

2009 OCT -6 PM 2:07

TX EASTERN-MARSHALL

October 6, 2009

The Hon. T. John Ward             Via Fax: (903) 935-2295
United States District Judge
Eastern District of Texas
100 E. Houston Street
Marshall, Texas 75670

Re: Civil Action No. 2:09-CV-292
*Raul Lopez, et al vs. Toyota Motor Corporation, et al*

Dear Judge Ward:

The parties have reached an agreement on the subject of the Temporary Restraining Order issued last week, which, in their opinion, obviates the need for the Show Cause Hearing scheduled for 1:30 pm tomorrow. We await the court's instructions on how the court wants to handle the disposition of the boxes delivered to the Court by Mr. Biller. The parties respectfully request that they be given an opportunity to be heard on the disposition of those documents should the Court deem that appropriate.

Respectfully,

Collin Maloney
For the Firm

CM:nc
cc: Mr. Todd Tracy
    Judge Joe Clayton
    Melissa Smith
    Winston Carter, Jr.