IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RAUL LOPEZ AND DIANA LOPEZ, INDIVIDUALLY AND AS NEXT FRIEND OF A.L., A MINOR, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:09-CV-292 (TJW) |
| TOYOTA MOTOR CORPORATION, TOYOTA MOTOR SALES, U.S.A., INC., | § § § § § | |
| Defendants. | § | |

## NOTICE OF STIPULATION OF DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiffs, Raul Lopez and Diana Lopez, Individually and a/n/f for A.L., a minor and Defendants, Toyota Motor Corporation and Toyota Motor Sales, U.S.A., Inc., in the above-entitled and numbered action, and pursuant to Rule 41, Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action without prejudice considering that an answer has not been previously filed and the Defendants' consent is not necessary.

Respectfully submitted,

**The TRACY firm**

 /s E. Todd Tracy
E. Todd Tracy (Lead Counsel)
State Bar No. 20178650
etoddtracy@vehiclesafetyfirm.com
5473 Blair Road, Suite 200 Dallas, Texas 75231
(214) 324-9000 Phone
(972) 387-2205 Fax

**ATTORNEY FOR PLAINTIFFS**