# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RAUL LOPEZ AND DIANA LOPEZ, § <br> INDIVIDUALLY AND AS NEXT FRIEND § <br> OF A.L., A MINOR, § <br> § <br> Plaintiffs, § <br> § <br> VS. § <br> § <br> TOYOTA MOTOR CORPORATION, § <br> TOYOTA MOTOR SALES, U.S.A., INC., § <br> § <br> § <br> Defendants. § | CIVIL ACTION NO. 2:09-CV-292 (TJW) |

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's Case Management/Electronic Case Filing and/or electronic mail on this 23rd day of December, 2009.

> */s/ E. Todd Tracy*_____
> E. Todd Tracy.