UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Dec 29, 2009

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

IN RE: TOYOTA MOTOR SALES USA LITIGATION           MDL No. 2125

(SEE ATTACHED SCHEDULE)

**ORDER DEEMING MOTION WITHDRAWN
AND VACATING THE JANUARY 27, 2010, HEARING SESSION**

Before the Panel is a motion by defendants Toyota Motor Corp., Toyota Motor Sales, U.S.A., Inc., Christopher Reynolds, Jane Howard Martin, Eric Taira, Dian Ogilvie and Alicia McAndrews filed pursuant to 28 U.S.C. § 1407. In their motion, plaintiffs seek centralization of the actions listed on the attached Schedule A in the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings. Movants now seek to withdraw their Section 1407 motion, noting that the listed Eastern District of Texas actions have been voluntarily dismissed, thus depriving this litigation of its multidistrict character.

IT IS THEREFORE ORDERED that plaintiffs' motion for transfer under 28 U.S.C. § 1407 is DEEMED WITHDRAWN.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on December 17, 2009, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: TOYOTA MOTOR SALES USA LITIGATION**                    MDL No. 2125

SCHEDULE A

### Central District of California

Dimitrios P. Biller, et al. v. Toyota Motor Corp., et al., C.A. No. 2:09-5429
Bella Basco, et al. v. Toyota Motor Corp., et al., C.A. No. 2:09-6307

### Eastern District of Texas

Ronald Lewis Cole, et al. v. Toyota Motor Corp., et al., C.A. No. 2:09-268
Raul Lopez, et al. v. Toyota Motor Corp., et al., C.A. No. 2:09-292